UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARITA TALLEY COMBS,<br><br>                              Plaintiff,<br><br>          -against-<br><br>UNITED STATES OF AMERICA, ET AL,<br><br>                              Defendants. | 22-CV-7244 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the January 18, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   January 18, 2023
             New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge